IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cv-23805

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

NEWGISTICS, INC.,

        Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, Newgistics, Inc., that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to bear its own costs and attorneys' fees.

Dated: December 4, 2012.                                     Respectfully submitted,

                                                        /s/ William R. McMahon
                                                        William R. McMahon, Esquire
                                                        Florida Bar Number: 39044
                                                        McMahon Law Firm, LLC
                                                        11435 West Palmetto Park Road
                                                        Suite E
                                                        Boca Raton, Florida 33428
                                                        Telephone: 561-218-4300
                                                        Facsimile: 561-807-5900
                                                        Email: bill@mlfllc.com
                                                        **Counsel for Plaintiffs**